UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 08- CV-11493 RGS

HEIDI K. ERICKSON
    Plaintiff

VS.

Emergency –
VERIFIED MOTION FOR
TEMPORARY ORDERS

TOWN OF PLYMOUTH POLICE ET AL.
    Defendants

1. Plaintiff is a resident of Massachusetts and of the Town of Plymouth, is disabled and uses (3-6) cats and 1 dog trained to accommodate a disability. (Amended Complaint para 1).

2. Plaintiff received a cease and desist order intended to prevent her from using her reasonable accommodations and to remove these animals from her home (Amended Complaint para 3).

3. The Plaintiff, relies upon filed herewith Verified Amended Complaint, Memorandum of Law in Support of Preliminary Injunction, Motion for Preliminary Injunction and Request for Oral Argument and the facts of continued police misconduct severe intentional malice and that because the defendants have never issued any orders against Erickson issued by the Health Department after numerous visits in her apartment and inspections therein (See Verified Amended Complaint Exhibit # 3) The Health Department's Orders to Cease and Desist are not urgent, discriminatory and are intended to harm Erickson by interfering with her recommended therapy (See Verified Amended Complaint Exhibit #7). The Police has threatened to come into Erickson's home again to force compliance to this Board of Health order which is speculative, lacked any previous orders of abatement against Erickson and is not an emergency.

4. The Defendants have, under color of law, deprived the Plaintiff of rights secured by the United States Constitution by entering her home repeatedly over the last several months, unrestrained and without exigent circumstance, authorization or warrant, the Plaintiff is requesting the securing of her home and her disability accommodations (use of her cats and dog) the return of two unlawfully held cats(Felix and Beautiful) used to treat her disability by this Emergency Motion and Request for Restraining Orders against the Defendants Town of Plymouth, its Board of Health, and Police Department and its other agents and employees.

5. The Plaintiff Ms. Heidi K. Erickson respectfully requests that this Court issue a temporary injunction, for 10 days or longer; restraining the Defendants its employees and agents from entering her home, from enforcing this cease and desist order without due process and proof of an emergency, denying Erickson the laws, from entering her home without exigency or warrant until such time as the parties return for a hearing on short notice for preliminary injunction on the immediate issues relevant to this case that are causing Ms. Erickson irreparable harms. And return the property not subject to a criminal complaint, search warrant or not seized lawfully and unlawfully retained and used by her to accommodation her disabilities her entire life and for therapy to her disabilities of epilepsy, PTSD, and depression as documented in Affidavits from doctors, animal trainers and others see Verified Amended Complaint Exhibit #1)

Respectfully submitted by: *[signature]*
I sign hereon attesting that the above paragraphs and the attached Memorandums are true under the pains and penalties of perjury.

Heidi K. Erickson,
*April 13th, 2009*

CERTIFICATE OF SERVICE

I have this day caused service upon the Defendants attorney of record, Jeremy Silverstien, L.Kestin, and others located in Boston, MA.